FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-3176

_____

S.T.,

    Petitioner,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

December 5, 2025

PER CURIAM.

    The Court denies Petitioner's petition for writ of mandamus filed December 4, 2025.

    The Court warns Petitioner that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

S.T., pro se, Petitioner.

No appearance for Respondent.